# 2184CV00183 Paulino, Dionisio vs. Massachusetts Department of Correction

- Case Type:
- Administrative Civil Actions
- Case Status:
- Open
- File Date
- 01/26/2021
- DCM Track:
- X - Accelerated
- Initiating Action:
- Certiorari Action, G. L. c. 249 § 4
- Status Date:
- 01/26/2021
- Case Judge:
- 
- Next Event:
- 

| All Information | Party | Event | Tickler | Docket | Disposition |

## Party Information

**Paulino, Dionisio**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | Attorney<br>DeJuneas, Esq., Patricia A<br>Bar Code<br>652997<br>Address<br>DeJuneas Law, LLC<br>1 Commercial Wharf West<br>Boston, MA  02110<br>Phone Number<br>(617)529-8300 |

**More Party Information**

**Massachusetts Department of Correction**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | Attorney<br>Glazer, Esq., Daryl F<br>Bar Code<br>567138<br>Address<br>Department of Correction Legal Division<br>70 Franklin St<br>Suite 600<br>Boston, MA  02110<br>Phone Number<br>(617)727-3300 |

**More Party Information**

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 08/24/2021 11:00 AM | Civil B | BOS-3rd FL, CR 306 (SC) | Motion Hearing | Leighton, Hon. Joseph | Held via Video/Teleconference |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 01/26/2021 | 04/26/2021 | 90 | |
| Judgment | 01/26/2021 | 01/26/2022 | 365 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/26/2021 | Attorney appearance<br>On this date Patricia A DeJuneas, Esq. added for Plaintiff Dionisio Paulino | | |
| 01/26/2021 | Case assigned to:<br>DCM Track X - Accelerated was added on 01/26/2021 | | |
| 01/26/2021 | Original civil complaint filed. | 1 | |
| 01/26/2021 | Civil action cover sheet filed. | 2 | |
| 02/09/2021 | Plaintiff Dionisio Paulino's Motion to<br>Proceed in Forma Pauperis<br><br>(Date 1/27/21) Allowed   Notice 2/5/21 | 3 | Image |
| 03/02/2021 | Service Returned for<br>Defendant Massachusetts Department of Correction: Service via certified mail; | 4 | Image |
| 04/28/2021 | Amended: First amended complaint filed by Dionisio Paulino | 5 | Image |
| 05/11/2021 | Defendant Massachusetts Department of Correction's Motion to<br>File its Answer Under Seal (w/opposition) | 7 | Image |
| 05/11/2021 | Defendant Massachusetts Department of Correction's Reply to<br>Plaintiff's Opposition to Defendant's Motion to File its Answer Under Seal | 9 | Image |
| 05/11/2021 | Defendant(s) Massachusetts Department of Correction motion filed for protective order (w/opposition) | 10 | Image |
| 05/11/2021 | Opposition to Defendant's Motion for "Protective" (P#10) and Request for Sanctions filed by Dionisio Paulino<br>(w/affidavit in support) | 11 | Image |
| 05/11/2021 | Defendant Massachusetts Department of Correction's Reply to<br>Plaintiff's Opposition to Defendant's Motion for "Protective" and Request for Sanctions | 12 | Image |
| 05/13/2021 | Attorney appearance<br>On this date Daryl F Glazer, Esq. added for Defendant Massachusetts Department of Correction | | |
| 05/13/2021 | Defendant Massachusetts Department of Correction's Certificate of<br>Compliance---Rule 9C | 6 | Image |
| 05/13/2021 | Opposition to Defendant's Motion to Seal (P#7) filed by Dionisio Paulino | 8 | Image |
| 06/02/2021 | Endorsement on Motion to file it's answer under seal (#7.0): DENIED<br>following review. the defendant is requesting impoundment, written following Trial Court Rule VLII. defendant to file two copies of it's answer one redacted and one unredacted.--unredacted In Camera review by the court--redacted for the public record. once that as been accomplished, the court will hold an impoundment hearing, as required by the Rule.<br><br>(dated 5/25/21)  notice sent 6/01/21 | | Image |
| 08/11/2021 | Defendant Massachusetts Department of Correction's Submission of<br>IN CAMERA REVIEW (filed 6/11/21) | 13 | Image |
| 08/11/2021 | Received from<br>Defendant Massachusetts Department of Correction: Answered; (COPY OF ADMINISTRATIVE RECORD OF PROCEEDINGS) (filed 6/11/21) | 14 | Image |
| 08/12/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  08/12/2021 13:53:49<br>Notice Sent To:  Patricia A DeJuneas, Esq. Sibbison, DeJuneas and Allen, LLP 1 Commercial Wharf West, Boston, MA 02110<br>Notice Sent To:  Daryl F Glazer, Esq. Department of Correction Legal Division 70 Franklin St Suite 600, Boston, MA 02110 | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 08/12/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 08/12/2021 14:04:06<br>Notice Sent To: Patricia A DeJuneas, Esq. Sibbison, DeJuneas and Allen, LLP 1 Commercial Wharf West, Boston, MA 02110<br>Notice Sent To: Daryl F Glazer, Esq. Department of Correction Legal Division 70 Franklin St Suite 600, Boston, MA 02110 | | |
| 08/24/2021 | Event Result::  Motion Hearing scheduled on:<br>         08/24/2021 11:00 AM<br>Has been: Held via Video/Teleconference<br>Hon. Joseph Leighton, Presiding<br>Staff:<br>     Christine M Hayes, Assistant Clerk | | |
| 09/10/2021 | Amended Answer<br><br>Applies To: Massachusetts Department of Correction (Defendant) | 15 | Image |
| 09/16/2021 | Defendant Massachusetts Department of Correction's Motion to Impound Part of the Administrative Record (w/partial opposition) | 16 | Image |
| 09/16/2021 | Opposition to Defendant Department of Correction's Motion to Impound Part of the Administrative Record filed by Dionisio Paulino<br>(Partial Opposition) | 17 | Image |
| 09/16/2021 | Defendant(s) Massachusetts Department of Correction motion filed for protective order (w/response) | 18 | Image |
| 09/16/2021 | Response to Defendant Department of Correction's Motion for a Protective Order filed by Dionisio Paulino | 19 | Image |
| 09/16/2021 | Certificate of Compliance Superior Court Rule 9A<br><br>Applies To: Glazer, Esq., Daryl F (Attorney) on behalf of Massachusetts Department of Correction (Defendant) | | Image |
| 09/24/2021 | Defendant Massachusetts Department of Correction's Submission of Pages to be included in the amended answer | 20 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |