UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT SILVA-PRENTICE and			CIVIL ACTION NO. 1:21-cv-11580
DIONISIO PAULINO,
Plaintiffs,

v.

THOMAS TURCO and CAROL MICI, et al.,
Defendants

### DEFENDANTS' MOTION TO PARTIALLY DISMISS COMPLAINT

The defendants move this Court to dismiss certain claims against them, for the reasons stated in the Defendants' Memorandum in Support of their Motion to Dismiss.

Respectfully submitted,

Defendants,

By their attorneys,
NANCY ANKERS WHITE
Special Assistant Attorney General

Date: January 24, 2022

/s/Bradley A. Sultan
Bradley A. Sultan
BBO No. 659533
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x1153
Bradley.sultan@doc.state.ma.us

---

4/11/22

After hearing, the motion to dismiss is denied for the reasons stated. The motion to dismiss the John Does will be allowed if no motion to amend is filed by the June deadline. The motion to dismiss defendant Lawless is denied on the ground there is a plausible causal link between his statements to the doctor and the discipline imposed. /s/ Patti B. Saris