UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
ROBERT SILVA-PRENTICE and )
DIONISIO PAULINO, )
)
)
Plaintiffs, )
)
v. ) CIVIL ACTION NO. 21-11580-PBS
)
THOMAS TURCO, et al., )
)
Defendants, )
_____)

## ORDER ON PLAINTIFFS' MOTION TO
## COMPEL COMPLIANCE WITH SCHEDULING ORDER

This matter is before the court on the "Plaintiffs' Motion to Compel Compliance with Scheduling Order" (Docket No. 95), by which the plaintiffs are seeking an order compelling the defendants to comply with the discovery schedule set forth by the court and extend the time for the completion of depositions. After consideration of the parties' written submissions and their oral arguments, the motion is hereby ALLOWED IN PART and DENIED IN PART as follows:

1. By **June 16, 2023**, the parties shall meet and confer in an effort to reach agreement regarding ways in which to limit the scope of the defendants' search for documents responsive to the plaintiffs' requests for production. In particular, but without limitation, the parties shall consider whether they can reach an agreement to limit the number of custodians whose emails should be searched, the time period relevant to the document production, the categories of documents that should be searched and the

[2]

subject matter of the materials at issue.

2.	During the meet and confer described in paragraph 1 above, the parties shall discuss the scheduling of the remainder of the case through trial and try to reach agreement regarding any proposed modifications to the court's pretrial scheduling order beyond those set forth in paragraphs 4 and 5 below.  The parties shall file a joint proposed schedule by **June 23, 2023**.  To the extent the parties are unable to reach agreement on modifications to the scheduling order, they may file their respective proposals with the court.

3.	If necessary, any further motion to compel regarding the defendants' document production shall be filed by **June 23, 2023**.

4.	The defendants shall complete their document production by **September 1, 2023**.

5.	Depositions may be postponed pending the completion of the defendants' document production, but shall be completed within **60 days** thereafter.

                                                              / s / Judith Gail Dein
                                                              Judith Gail Dein
                                                              United States Magistrate Judge

DATED: June 2, 2023