IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION - BOSTON)

| | |
|---|---|
| ROBERT SILVA-PRENTICE and DIONISIO PAULINO,<br><br>       Plaintiffs,<br><br>  -against-<br><br>THOMAS TURCO, et al.<br><br>       Defendants. | Civil No. 1:21-cv-11480-PBS |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO COMPLY WITH *ORDER ON PLAINTIFFS' MOTION TO COMPEL* AT DKT. NO. 118, TO COMPEL DEFENDANTS TO PRODUCE CERTAIN DOCUMENTS AND MOTION FOR SANCTIONS**

Plaintiffs Robert Silva-Prentice and Dionisio Paulino respectfully file this third motion to compel, which is necessitated by Defendants' failure to once again comply with their discovery obligations, this time in direct violation of this Court's Order (at Dkt. No. 118) which allowed in part Plaintiffs' Second Motion to Compel (Dkt. No. 108) and ordered Defendants to produce emails for an extended time period as well as other documents. As set out in more detail in the accompanying memorandum and supporting Declaration of Bridget A. Zerner with exhibits:

1. Defendants have failed to comply with the Order that they "shall search the emails of the current defendants and Joe Freitas and produce responsive emails for the time period from January 10, 2020 through November 9, 2020." Instead of searching for and producing emails from that entire time period, Defendants performed an unreasonably narrow search with a far too narrow set of search terms that were neither approved by the Court nor accepted by Plaintiffs.

1

2. Defendants have failed to produce emails for all of the current Defendants and Joe Freitas, as ordered by the Court, and refuse to provide email search reports to confirm that all custodians' email accounts were properly searched and produced;

3. Defendants have refused to produce text messages or emails from private email accounts even though a recent production served on October 27, 2023 clearly indicates that certain defendants were texting about matters relevant to this case (the drafting of reports on uses of force at Souza Baranowski during the lockdown in January 2020), that at least two Defendants (Robert D'Amadio and Mark O'Reilly) used their personal email accounts to communicate about the same (D'Amadio) or DOC-related business in general (D'Amadio and O'Reilly);

4. Defendants have refused to produce the disciplinary hearing officer's written findings of fact referenced in and relied on Commissioner Mici's discipline letters to Defendants Turcotte, D'Amadio and O'Reilly, which Defendants produced to comply with the Order (Dkt. No. 118); and

5. Defendants have failed to timely address redactions in their productions challenged by Plaintiffs which must be resolved for Defendants to complete their document production obligations.

Plaintiffs seek an order requiring Defendants to fully comply with this Court's Order of August 1, 2023 (Dkt. No. 118) and requiring Defendants to produce other discovery to which Plaintiffs are entitled.

Plaintiffs also seek an order that Defendants pay attorney fees to Plaintiffs' counsel for the fees incurred conferring on and filing this motion to compel as a sanction for blatantly violating this Court's Order and then refusing to cure the violation through meet and confers, instead taking

unreasonable and bad faith positions forcing Plaintiffs to file this *third* motion to compel to obtain relief from the Court.

For these reasons and those specified in more detail in the accompany memorandum, Plaintiffs Robert Silva-Prentice and Dionisio Paulino respectfully request that the Court issue another Discovery Order which requires Defendants to:

1. Search for and produce emails from the custodian accounts for each current Defendant and Joe Freitas using the agreed set of search terms;

2. Comply with paragraph (h) of the Discovery Order (Dkt. No. 118) by using the agreed set of search terms to search the email accounts of all current Defendants and Joe Freitas for the time period May 1 through November 9, 2020, and to produce all responsive emails to Plaintiffs on a rolling basis;

3. Substantiate their representations regarding custodian searches and "deduplication" of emails with search term and deduplication reports.

4. Search their text messages for responsive documents and produce them to Plaintiffs.

5. Search their personal email accounts for responsive documents and produce same to Plaintiffs;

**6.** Produce the hearing officer's findings of fact cited in Commissioner Mici's discipline letters to Defendants Raymond Turcotte, Robert D'Amadio and Mark O'Reilly;

7. Answer Plaintiffs' requests to answer Plaintiffs' inquiries regarding redactions; and

8. Pay attorney fees to Plaintiffs' counsel in amount to be determined; and

**LR 7.1 Meet and Confer**

Pursuant to Local Rule 7.1, undersigned counsel for Plaintiffs certify that they conferred with counsel for Defendants to attempt in good faith to resolve or narrow the issues but the disputes in this motion could not be resolved or narrowed. Over an entire month, from November 1, 2023 to December 1, 2023, the parties conferred several times regarding the issues raised in this motion via telephone and several emails thereafter. The substance of the correspondence and discussions are set forth at length in the Declaration of Bridget A. Zerner in support of this motion ("Zerner Decl."), ¶¶ _-_.

Dated: December 12, 2023                    Respectfully submitted,

/s/ Patty DeJuneas
Patty DeJuneas (BBO #652997)
DeJuneas Law, LLC
11A Commercial Wharf West
Boston, MA 02110
Tel: (617) 529-8300
Fax: (617) 742-8604
patty@dejuneaslaw.com
*Counsel for Robert Silva-Prentice*

/s/ Bridget A. Zerner
Bridget A. Zerner (BBO #669468)
Markham Read Zerner LLC
11A Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com
*Counsel for Plaintiff Dionisio Paulino*

**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 12, 2023.

_____